UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NINA SUGGS,

      Plaintiff,

      v.        Civil Action No. 08-0938 (PLF)

DISTRICT OF COLUMBIA,

      Defendant.

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendant, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby moves this Court for an enlargement of time – to July 23, 2008 – to respond to the Complaint herein.

This action involves Plaintiff's appeal of a hearing officer's determination under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et. seq. ("IDEIA"). Currently, Defendant is gathering records and documents to prepare a response to Plaintiff's Complaint. However, administrative record materials must be obtained from District of Columbia Public Schools (DCPS) and reviewed, a time consuming process that cannot be completed in the 20-day period for an answer under the Federal and Court Rules.

Accordingly, the Defendant respectfully requests a one month extension of time to properly prepare its response to the Complaint herein.

2

Counsel for the Plaintiff has not consented to a grant of this motion.[1]

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        */s/ Amy Caspari*
        AMY CASPARI [#488968]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
June 20, 2008        Washington, D.C. 20001

---

[1] In his response to Counsel's request for an extension of time, Plaintiff's counsel refused consent unless the undersigned agreed not to include particular forms of answers to Complaint allegations. Although the undersigned assured Plaintiff's counsel that the District would answer all Complaint statements based on the information at the time the answer is due, Plaintiff's Counsel refused consent because the undersigned would not agree to attaching any conditions that would compromise the District's ability to answer as it deemed proper.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NINA SUGGS,

      Plaintiff,

          v.                 Civil Action No. 08-0938 (PLF)

DISTRICT OF COLUMBIA,

      Defendant.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

1. Rule 6(b)(1), of the Federal Rules of Civil Procedure provides that the Court may enlarge the time prescribed for doing any act "if request therefore is made before the expiration of the period originally prescribed …"

2. The instant motion is neither brought for the purpose of delay nor will any party be unduly prejudiced.

3. There will be no substantial disruption to these proceedings if the Court grants the instant motion, and granting this motion will serve the best interest of justice.

Accordingly, the Defendant respectfully requests that his Honorable Court enter an order enlarging the time for Defendant to answer Plaintiff's Complaint to July 23, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

*/s/ Amy Caspari*
Amy Caspari
[488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
Amy.Caspari@dc.gov

June 20, 2008

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA SUGGS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-0938 (PLF) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**ORDER**

On consideration of the Defendant's Motion For Enlargement of Time to Respond to Complaint, filed June 20, 2007, and it appearing that a grant of that motion would be just and proper, it is, this ____ day of June, 2008,

**ORDERED**, That the Defendant's motion is granted; and it is

**FURTHER ORDERED**, That the time within which the Defendant may respond to the Complaint herein is hereby enlarged to and including July 23, 2008.

_____
United States District Court Judge Friedman