REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: C

| CAUSE OF ACTION: | Federal Question: Review Agency Decision | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-0938 | DATE REFERRED:<br>6/18/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Management of all pretrial matters including for the purpose of issuing scheduling orders and reports and recommendations on any dispositive motions filed in this case. | JUDGE:<br>Paul L. Friedman | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S):<br>Nina Suggs | DEFENDANT(S):<br>District of Columbia |
|---|---|

ENTRIES: