UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NINA SUGGS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civ. No. 08-938 (PLF)(AK) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

This case having been referred to the undersigned for management of all pretrial matters including for the purpose of issuing scheduling orders and reports and recommendations on any dispositive motions (Minute Order dated 6/18/08), it is this 4th day of August, 2008, hereby

ORDERED that the initial scheduling conference in this matter is set for 10:00 a.m., on September 9, 2008, in Courtroom 7. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen business days following their conference, *see* L.Civ. R. 16.3(d), and in no event less than three business days before the initial scheduling conference.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  *See* L.Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule

7(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

                                                                                _____/s/_____
                                                                                 ALAN KAY
                                                                                 UNITED STATES MAGISTRATE JUDGE